1  KEKER, VAN NEST & PETERS LLP
   MICHELLE YBARRA - # 260697
2  mybarra@keker.com
   TRAVIS SILVA - # 295856
3  tsilva@keker.com
   ROBYN PARISER - # 335017
4  rpariser@keker.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
6  Facsimile:     415 397 7188

7  Attorneys for Petitioner SPINX GAMES, LTD.

8  DAVIS & NORRIS LLP
   D. FRANK DAVIS
9  JOHN E. NORRIS
   ANDREW WHEELER-BERLINER
10 WESLEY W. BARNETT
   The Bradshaw House
11 2154 Highland Avenue South
   Birmingham, Alabama 35205
12 Telephone: (205) 930-9900
   andrew@davisnorris.com
13 fdavis@davisnorris.com
   wbarnett@davisnorris.com
14 jnorris@davisnorris.com

15 Attorneys for Respondents THOMAS VIEL, BRITNEY ROSS,
   CARRISA PYLES, and JOSHUA BENNEFIELD
16

17                     UNITED STATES DISTRICT COURT

18                     NORTHERN DISTRICT OF CALIFORNIA

19                          SAN FRANCISCO DIVISION

| | |
|---|---|
| SPINX GAMES, LTD., | Case No. 3:23-cv-01339-WHO |
| Petitioner, | Related Case Nos. 3:23-cv-01337-WHO; 3:23-cv-01338-WHO; 3:23-cv-01340-WHO |
| v. | **JOINT STIPULATION AND ORDER REGARDING SERVICE, NOTICE OF HEARING, AND RELATED BRIEFING SCHEDULE (CIV. L.R. 6-1)** |
| CARRISA PYLES | |
| Respondent. | |
| | Judge:      William H. Orrick |
| | Date Filed: March 8, 2023 |
| | Trial Date: TBD |

1

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SERVICE, NOTICE OF HEARING,
AND RELATED BRIEFING SCHEDULE (CIV. L.R. 6-1)**
Case No. 3:23-cv-01339-WHO

2109709

Petitioner, SpinX Games, Ltd. ("Petitioner" or "SpinX") and Respondent Carrisa Pyles ("Respondent" and together with SpinX, "the Parties") by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS, on March 8, 2023, Petitioner filed Petitions to Compel Arbitration in San Francisco, California, in the following matters: *SpinX Games, Ltd. v. Viel*, No. 3:23-cv-01337-WHO; *SpinX Games, Ltd. v. Bennefield*, No. 3:23-cv-01338-WHO; *SpinX Games, Ltd. v. Pyles*, No. 3:23-cv-01339-WHO; and *SpinX Games, Ltd. v. Ross*, No. 3:23-cv-01340-WHO (each, a "Matter"; collectively, "the Matters")[1];

WHEREAS, on March 9, 2023, SpinX filed a notice of motion and supporting evidence and memoranda in each Matter (each a "Motion")[2], noting that SpinX would re-notice each Motion upon receiving a judicial assignment;

WHEREAS, on March 21, 2023, this Court issued an order relating the Matters to each other and assigning all Matters to this Court;

WHEREAS, on March 23, 2023, Respondent filed a Cross-Motion to Compel Arbitration Before the American Arbitration Association ("Cross-Motion") as well as an Opposition to SpinX's Motion in each Matter, together with supporting evidence and memoranda;

WHEREAS the substance of Respondent's Cross-Motion and the substance of Respondent's Opposition to SpinX's Motion is nearly identical;

WHEREAS, to promote judicial economy and conserve Party resources, the parties have agreed to streamline proceedings in the manner described below;

NOW THEREFORE, the Parties agree as follows:

1.  Service of the initial Petition is complete in this Matter.

---

[1] Before these cases were reclassified by this Court's Order Reclassifying Cases on March 22, 2023, they were docketed as the following: *SpinX Games, Ltd. v. Viel*, No. 23-mc-80057; *SpinX Games, Ltd. v. Bennefield*, No. 23-mc-80058; *SpinX Games, Ltd. v. Pyles*, No. 23-mc-80059; and *SpinX Games, Ltd. v. Ross*, No. 23-cv-80060.

[2] In the *Viel* matter, the Motion is docketed at ECF No. 7. In *Bennefield*, it is docketed at ECF No. 6. In *Pyles*, it is docketed at ECF No. 7. In *Ross*, it is docketed at ECF No. 6.

2. SpinX will consolidate its Reply in Support of its Petition to Compel Arbitration in San Francisco, California and its Opposition to Respondent's Cross-Motion to Compel Arbitration Before the American Arbitration Association into one brief in this Matter.

3. Petitioner hereby re-notices the Motion (ECF No. 7) for hearing on May 10, 2022, at 2PM before Judge Orrick in Courtroom 2 on the 17th Floor of 450 Golden Gate Ave., San Francisco, California, 94102;

4. Respondent hereby re-notices the Cross-Motion (ECF No. 23) for hearing on May 10, 2022, at 2PM before Judge Orrick in Courtroom 2 on the 17th Floor of 450 Golden Gate Ave., San Francisco, California, 94102;

5. The parties agree to the following briefing and hearing schedule:

| Event | Date |
|---|---|
| Deadline for SpinX to file its consolidated Reply in Support of its Motion and its Opposition to Cross-Motion. | Wednesday, April 12, 2023 |
| Deadline for Petitioner to file optional Reply brief. | Wednesday, April 26, 2023 |
| Hearing. | Wednesday, May 10, 2023, at 2PM |

Dated: March 29, 2023                                KEKER, VAN NEST & PETERS LLP

                                                     By:  /s/ Michelle Ybarra
                                                          MICHELLE YBARRA
                                                          TRAVIS SILVA
                                                          ROBYN PARISER

                                                          Attorneys for Petitioner, SpinX Games, Ltd.

Dated:  March 29, 2023                                        DAVIS & NORRIS LLP

                                                             By:  */s/ John E. Norris*
                                                             D. FRANK DAVIS
                                                             JOHN E. NORRIS
                                                             ANDREW WHEELER-BERLINER
                                                             WESLEY W. BARNETT

                                                             Attorneys for Petitioner, SpinX Games, Ltd.

## **ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I attest that each of the signatories have concurred in the filing of this document.


Dated:   March 29, 2023                                By:  */s/ Michelle Ybarra*

4

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE, NOTICE OF HEARING, AND RELATED BRIEFING SCHEDULE (CIV. L.R. 6-1)**
Case No. 3:23-cv-01339-WHO

2109709

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 30, 2023

_____
Hon.
United States District Judge

5

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SERVICE, NOTICE OF HEARING, AND RELATED BRIEFING SCHEDULE (CIV. L.R. 6-1)**
Case No. 3:23-cv-01339-WHO

2109709